UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIA J. TAYLOR,

        Plaintiff,

v.                                                    Case No: 6:20-cv-1529-Orl-78GJK

DIXON TECHNOLOGIES, INC.,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of FLSA Settlement (Doc. 19). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 20), in which he recommends that the parties' Motion be granted in part and denied in part.

After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of FLSA Settlement (Doc. 19) is **GRANTED in part** and **DENIED in part**. The parties' Settlement Agreement (Doc. 19-1), as modified in the Report and Recommendation, is **APPROVED**, and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on December 22, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record